In the Matter of CARMINE PIZZA, Appellant, against JOHN A. LYONS, as New York State Commissioner of Correction, et al., Respondents.

Submitted November 29, 1951; decided December 7, 1951.

*Frank Composto* and *Livingston Hall* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Wendell P. Brown, Herman N. Harcourt* and *William S. Elder, Jr.,* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: FROESSEL, J. [See 303 N. Y. 900.]